UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLEE JO STEVENS,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | Case No. C12-910-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff has filed an application to proceed in forma pauperis ("IFP") in this case seeking review of the Commissioner's denial of Social Security benefits. Dkt. 1. In her application, plaintiff states that neither she nor her spouse is presently employed; her spouse was last employed in February 2012 and earned $5,000 in net monthly salary. She states that for the past 12 months, she and her spouse earned $47,508 from business, profession, or other self-employment and $12,160 from disability, unemployment, worker's compensation or public assistance. She states that she has $200 in cash on hand, $10,000 in checking, and $5 in savings.

This level of income and assets makes plaintiff ineligible for IFP status, which is reserved for the truly indigent. The Court therefore recommends that plaintiff's IFP application be denied and she be directed to pay the filing fee within 30 days of the date this recommendation is

REPORT AND RECOMMENDATION - 1

adopted or the Clerk will close the file.

Any objections to this Recommendation must be filed no later than **June 14, 2012**. The matter will be ready for the Court's consideration on June 15, 2012. Objections shall not exceed twelve pages. The failure to timely object may affect the right to appeal.

DATED this 31st day of May, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2